**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
| ) | Case: 1:26-mj-00012 |
| **v.**      ) | Assigned To: Judge Faruqui, Zia M. |
| ) | Assign. Date: 1/23/2026 |
| **BRANDON MICHAEL**      ) | Description: COMPLAINT W/ARREST WARRANT |
| **RUSSELL**      ) | |
| **(AKA: BRANDON MICHAEL**      ) | |
| **POSTOW)**      ) | |
| ) | **UNDER SEAL** |
| *Defendant.*      ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.     I submit this affidavit in support of a criminal complaint charging BRANDON POSTOW with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

2.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.     Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4.      I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009. I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YSFD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2251(d) "Advertisement of Child Pornography,"18 U.S.C. § 2252(a)(2)(A) "Distribution of Child Pornography," and 18 U.S.C. § 2252(a)(4)(b)(i) "Possession of Child Pornography." As such, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) (the "Target Offense") have been committed by Brandon POSTOW ("the Subject") and others known and unknown.

## PROBABLE CAUSE

7.      On January 15, 2026, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C.  The UC was monitoring a dating application known to be used by individuals engaged or interested in the sexual exploitation of children.

8.      The UC was reviewing messages received by users of the dating application and found that the user, "Brandon," with a listed age of 41, and geolocating via the application approximately 24 miles away had messaged the UC on December 26, 2025.

9.      On January 15, 2026, at approximately 10:58 AM, the UC responded to the message and the user advised the UC, "Just taking a porn break at work" and later advised "oh yeah?  That's hot" when the UC forwarded emojis indicating an interest in infant or toddler child sexual abuse material (CSAM) to the user.  The UC asked the user if they were into that and the user advised, "Yeah a bit."  The UC asked the user if he wanted to chat elsewhere and the user volunteered "Telegram or WhatsApp."  The UC asked for the users "Tele" and the user messaged, 410-627-XXXX (SUBJECT PHONE NUMBER).

The UC was unable to locate the user via phone number on Telegram but provided their own Telegram account for the user to message.

10.    At approximately 11:05 AM, the UC received a message from the Telegram account "Brandon Postow." The user advised, "Hey what's up. Brandon here." The UC and user discussed their interest in child exploitation to which the user advised when asked if he was serious, "Hah maybe 80%." The UC asked the user if he had ever seen any "vids / pics" and the user advised, "Yeah a few vids from other pervs I've chatted with. Jerked off a bunch of times." The UC asked, "Fav video?" and the user forwarded a video of a teenage or young adult male taking his clothes off then masturbating in front of a camera. The user advised, "I've got only a few vids tho."

11.    The UC asked the user, "…what's the best you have" and the user then forwarded the following videos,

12.    Video #1: A one minute twenty-four-second-long video of what appears to be a teen boy having his mouth penetrated by an adult male, while a second male rubs his penis against the boy's anus. Everyone in the video is nude and the boys anus is eventually penetrated by the adult male's erect penis.

13.    Video #2: A thirty-eight-second-long video that shows the same boy from the previous video having his anus penetrated by an adult male's erect penis. A second male eventually penetrates the boy's mouth with his erect penis during the video.

14.    Video #3: A thirty-nine-second-long video that shows an adult male penetrating the anus of a prepubescent boy with his erect penis. The adult male is also observed groping the boy's buttocks and both individuals appear to be nude.

15.    Video #4: A fourteen-second-long video that shows an adult male penetrating the mouth of a prepubescent boy with his erect penis. The boy is nude from the waist down and can be seen wiping what appears to be ejaculate off the adult male's erect penis.

16.     The UC subsequently advised the user that he is a father to a nine-year-old boy and that he is divorced.  The user reported that he is married to a man with a young daughter.  The user reported that he lives in Southern Maryland and that he is in an open relationship with his husband, but his husband is unaware of "how perved I really am."

17.     The user asked the UC if the UC "played with his son" and the UC advised that he is actively abusing the child.  The user expressed an interest in meeting the UC and expressed an interest in engaging in sexual acts with the UC's purported son.  The user also expressed an interest in watching the UC's purported original CSAM.

18.     The user advised the UC that the phone number he forwarded via the dating application, which is the SUBJECT PHONE NUMBER, was his phone number.  A search warrant of T-Mobile records for the SUBJECT PHONE NUMBER revealed that the SUBJECT PHONE NUMBER is registered to "Brandon M Russell" since August 13, 2020.

19.     Your affiant conducted a records search of the Maryland Department of Motor Vehicles (DMV) and located a valid driver's license for Brandon Michael Postow which listed a driver alias as Brandon Michael Russell.  The drivers license indicated that Brandon Postow has a date of birth of 04-30-XXXX and currently resides at XXXX North Flint Hill Road, Owings, Maryland, 20736.  Your affiant located the below drivers license photograph for Brandon Postow.



20.    Your affiant reviewed the content of the dating application profile for "Brandon."  Your affiant located the following pictures on the dating application which appeared to depict Brandon Postow (04-30-XXXX). Specifically, the nose ring visible in the above drivers license photograph is also visible in the below photographs.



## **CONCLUSION**

21.    For the reasons set forth above, I submit that probable cause exists to believe that between on or about January 15, 2026, to January 21, 2026, while in the District of Columbia and

elsewhere, POSTOW distributed child pornography in violation of 18 U.S.C. § 2252(a)(2).  I

respectfully request that a criminal complaint be issued for POSTOW.

Respectfully submitted,

_____

Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1
and 41(d)(3) via telephone on January 23, 2026.


_____

The Honorable Zia M. Faruqui
United States Magistrate Judge